DebtEd, MEANSU

## U.S. Bankruptcy Court
## Middle District of North Carolina (Winston-Salem)
## Bankruptcy Petition #: 18-50113

*Assigned to:* Bankruptcy Judge Lena M. James
Chapter 7
Voluntary
No asset

*Case Manager:* Annette S. 336-358-4004
*Date filed:* 02/05/2018
*341 meeting:* 03/02/2018
*Deadline for objecting to discharge:* 05/01/2018
*Deadline for financial mgmt. course:* 05/01/2018

*Debtor*
**Justin Eugene Beaver**
4545 Pebble Lake Drive
Pfafftown, NC 27040
FORSYTH-NC
SSN / ITIN: xxx-xx-5637

represented by **Justin Eugene Beaver**

PRO SE

*Bankruptcy Administrator*
**William P. Miller**
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401





True Copy
2·6·19
Wilcox, Clerk
Bankruptcy Court
Deputy Clerk

*Trustee*
**James C. Lanik**
P. O. Box 1550
High Point, NC 27261
(336) 889-8733

| Filing Date | # | Docket Text |
|---|---|---|
| 02/06/2018 | ◯6 | Meeting of Creditors 341(a) Meeting to be held on 03/02/2018 at 09:00AM at Creditors Meeting Room, Winston-Salem. Financial Management Course for Debtor due: 05/01/2018. Last day to oppose discharge or dischargeability is 05/01/2018. (ADIclerk) (Entered: 02/06/2018) |
| 02/05/2018 | ◯5 | Initial Statement About an Eviction Judgment Against Debtor Filed by Debtor Justin Eugene Beaver. (Hamrick, C.) (Entered: 02/05/2018) |
| 02/05/2018 | ◯ | Clerk's Notification of Absence of Debtor's Certification Regarding Pre-Petition Judgment for Rent Defaults and the Applicability of the Exception to the Stay under Subsection (b)(22) of 11 U.S.C. 362. This notification is given pursuant to 11 U.S. C. 362 (l)(4)(B). (Hamrick, C.) (Entered: 02/05/2018) |
| 02/05/2018 | ◯4 | Certificate of Credit Counseling Filed by Debtor Justin Eugene Beaver. (Hamrick, C.) (Entered: 02/05/2018) |
| 02/05/2018 | ◯3 | Application to Have the Chapter 7 Filing Fee Waived Filed by Debtor Justin Eugene Beaver (Hamrick, C.) (Entered: 02/05/2018) |
| 02/05/2018 | ◯2 | Statement of Social Security Number(s) Filed by Debtor Justin Eugene Beaver. (Hamrick, C.) (Entered: 02/05/2018) |
| 02/05/2018 | ◯1 | Chapter 7 Voluntary Petition for Individuals Filed by Justin Eugene Beaver (Hamrick, C.) (Entered: 02/05/2018) |