Form 271

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 18−50113

IN THE MATTER OF:
Justin Eugene Beaver     xxx−xx−5637
4545 Pebble Lake Drive
Pfafftown, NC 27040

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 2/5/18 , and that the following document(s) named below must be filed within **thirty (30) days** from the date the petition was filed; or on or before the date of the creditors meeting; whichever is **earlier.**

**Missing Documents(s):**
_____
Statement of Intent 3/7/18

**Date: 2/6/18**                                                                                    **OFFICE OF THE CLERK/ pas**