Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 18−50113

IN THE MATTER OF:
Justin Eugene Beaver     xxx−xx−5637
4545 Pebble Lake Drive
Pfafftown, NC 27040

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 2/5/18 , and Pursuant to Bankruptcy Rule 1007 and/or Bankruptcy Rule 3015, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Schedule A/B due 02/19/2018
Schedule D due 02/19/2018
Schedule E/F due 02/19/2018
Schedule G due 02/19/2018
Schedule H due 02/19/2018
Ch 7 Income Form 122A−1 due 02/19/2018
Schedule I due 02/19/2018
Verification of Matrix due 02/19/2018
Schedule J due 02/19/2018
Stmt. of Fin. Affairs due 02/19/2018
Summary − Form B 106 due 02/19/2018
Exempt Property Claim due 02/19/2018
Dec. Con. Debtor's Schedules due 02/19/2018

**Date: 2/6/18**                                                                                        **OFFICE OF THE CLERK/ pas**